UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | MASTER FILE NO. 5:18-MD-2809-KKC |
| THIS DOCUMENT RELATES TO: | JUDGE KAREN K. CALDWELL |
| **MARINA EAGLE ELK** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| VS. | CASE NO. |
| **BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP AND MCKESSON CORPORATION** | |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied herein *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Marina Eagle Elk, is a resident and citizen of Pine Ridge, South Dakota and claims damages as set forth below.

2. Plaintiff brings this action [*check the applicable designation*]:

    ☑ On behalf of herself;

3. State in which Plaintiff(s) allege(s) injury: South Dakota.

1

4. Defendants [*check Defendants against whom Complaint is made*]:

- ☑ Bristol-Myers Squibb Company
- ☑ AstraZeneca Pharmaceuticals, LP
- ☑ McKesson Corporation

5. Jurisdiction is proper based upon diversity of citizenship.

6. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is District of South Dakota, Western Division.

## FACTUAL ALLEGATIONS

7. On or about July 18, 2018, Cheryl A. Patterson-Reeves, PA prescribed Onglyza to treat Plaintiff for type 2 diabetes.

8. During the time of usage of Onglyza, Plaintiff was a resident and citizen of Pine Ridge, South Dakota.

9. Neither Plaintiff nor Ms. Patterson-Reeves knew or had reason to know that Onglyza could cause heart failure or congestive heart failure.

10. As a result of taking Onglyza, on or about December 2, 2018, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. Mark Krich at Pine Ridge Hospital.

11. As a result of taking Onglyza, on or about December 31, 2018, Plaintiff experienced recurrence of chronic congestive heart failure as diagnosed by Manola K. Sanixay, NP.

## ALLEGATIONS AS TO INJURIES

12. Plaintiff claims damages as a result of [Check all that are applicable]:

    - ☒ Injury to self
    - ☐ Injury to the person represented
    - ☐ Wrongful death
    - ☐ Survivorship action
    - ☐ Economic loss
    - ☐ Loss of consortium

13. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

14. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

    - ☒ Count I – Strict Liability/Design Defect
    - ☒ Count II – Negligence
    - ☒ Count III – Strict Liability/Failure to Warn
    - ☒ Count IV – Breach of Warranty of Merchantability
    - ☒ Count V – Breach of Express Warranty
    - ☒ Count VI – Breach of Implied Warranty
    - ☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of South Dakota
    - ☐ Count VIII – Loss of Consortium
    - ☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☒ Count XI – Punitive Damages

☐ Count XII – Other

☐ Count XIII – Other

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

## PRAYER FOR RELIEF

Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.)  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated:  September 3, 2019

Respectfully submitted,

**THE LANIER LAW FIRM**

*/s/ Rebecca Phillips*
Rebecca Phillips
TX State Bar No. 24079136
10940 W. Sam Houston Pkwy N, Ste 100
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
rebecca.phllips@lanierlawfirm.com